IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MTC EAST <br> (doing business as PORTS AMERICA) <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL LONGSHOREMEN'S <br> ASSOCIATION, LOCAL 1414 <br><br> Defendant. | Civil Action No.: 4:14-cv-175-BAE-GRS |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and the Local Rules of this Court, and after considering the information submitted by both parties in the *Joint Rule 26(f) Report* the court hereby finds as follows:

1. Both Parties to this action believe that this action can be disposed of after submitting *Motions for Summary Judgment*, and all subsequent *Responses* and *Replies*, as necessary.

2. In addition, the parties agree that the *Complaint* and *Counterclaim* raise purely legal questions that do not require discovery.

Hence, for good cause shown, the Court imposes the following deadlines in the above styled case:

The parties shall file their opening briefs in support of their respective requests to confirm or vacate the Award on January 6, 2015;

The parties shall file their opposition briefs on or before January 27, 2015; and

The parties shall file their reply briefs on or before February 17, 2015,

**SO ORDERED** this __20th__ day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA