# United States District Court
## Southern District of Georgia

MTC East, d/b/a Ports America,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV414-175,

International Longshoremen's Association,
Local 1414,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 2/10/15, granting the motion for summary judgment,

judgment is hereby entered in favor of the defendant and against the plaintiff.

Date

Scott L. Poff
Clerk

(By) Deputy Clerk