FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 APR 11 PM 2:26
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MTC EAST, d/b/a PORTS AMERICA | ) ) ) |
| v. | ) Case No. CV414-175 ) |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, ILA 1414 | ) ) ) |

### O R D E R

The above captioned case filed in the Savannah Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this 11th day of April, 2018.

_____
J. Randal Hall
Chief United States District Judge
Southern District of Georgia